# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

FILED
IN CLERK'S OFFICE
2007 MAY 23 P
U.S. DISTRICT
DISTRICT OF MASS.

May 21, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

07-40105

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-21)

Dear Mr. Dobbins:

　　I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 3, 2007 As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

　　The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

　　A list of involved counsel is attached.

　　　　　　　　　　　　　　　Very truly,

　　　　　　　　　　　　　　　Jeffery N. Lüthi
　　　　　　　　　　　　　　　Clerk of the Panel

　　　　　　　　　　　　　　　By _Anusha Spinner_
　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachment

cc:　Transferee Judge:　　Judge Marvin E. Aspen
　　　Transferor Judges:　Judge Nathaniel M. Gorton; Judge Joseph L. Tauro; Judge F. Dennis Saylor
　　　Transferor Clerk:　　Sarah Thornton

JPML Form 36.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1715

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING
PRACTICES LITIGATION

Karen Griffin v. Town & Country Credit Corp., et al., D. Massachusetts,
C.A. No. 1:07-10660
Nancy A. Sullivan v. Ameriquest Mortgage Co., D. Massachusetts, C.A. No. 1:07-10706
Marion Fitzsimmons v. Ameriquest Mortgage Co., D. Massachusetts,
C.A. No. 4:07-40105
~~Porter Stadaker, et al. v. Ameriquest Mortgage Co., M.D. Tennessee, C.A. No. 3:07-409~~ Opposed 5/21/07

CONDITIONAL TRANSFER ORDER (CTO-21)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 214 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

INVOLVED COUNSEL LIST (CTO-21)
DOCKET NO. 1715
IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES
LITIGATION

Christa L. Collins
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

Steven E. Snow
Partridge, Snow & Nahn
180 South Main Street
Providence, RI 02903

B. J. Wade
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103