

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W.  DOBBINS**                                                                 **312-435-5698**


**November 19,  2007**


Sarah Allison Thornton, Clerk of Court

United States District Court
District of Massachusetts
1 Courthouse Way
Boston MA 02210


Dear Clerk:


**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

> Your case number:      4:07-40105 Marion Fitzsimmons v. Ameriquest Mortgage Company

> Our case number:    **07 cv 6239 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from  the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.


> Sincerely,
>
>
> Michael W. Dobbins
> Clerk
>
> by:     Anita M. Baugard
>           Director of Docketing