**CEM**

**FILED**
**OCTOBER 11, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

A CERTIFIED TRUE COPY

MAY 21 2007

ATTEST /s/ illegible
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2007

FILED
CLERK'S OFFICE

**07 C 6239**

*DOCKET NO. 1715*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

**JUDGE ASPEN**

*Karen Griffin v. Town & Country Credit Corp., et al.*, D. Massachusetts, C.A. No. 1:07-10660    07 CV 6237
*Nancy A. Sullivan v. Ameriquest Mortgage Co.*, D. Massachusetts, C.A. No. 1:07-10706    07 CV 6238
*Marion Fitzsimmons v. Ameriquest Mortgage Co.*, D. Massachusetts, C.A. No. 4:07-40105    07 CV 6239
~~*Porter Stadaker, et al. v. Ameriquest Mortgage Co.*, M.D. Tennessee, C.A. No. 3:07-409~~ Opposed 5/21/07

### *CONDITIONAL TRANSFER ORDER (CTO-21)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 214 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 21 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

/s/ Jeffery N. Lüthi
Jeffery N. Lüthi
Clerk of the Panel

**A TRUE COPY-ATTEST**
**MICHAEL W. DOBBINS, CLERK**
**By /s/ A. BAUGARD**
**DEPUTY CLERK**
**U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**DATE: NOVEMBER 19, 2007**