**United States District Court**
**District of Massachusetts (Worcester)**
**CIVIL DOCKET FOR CASE #: 4:07−cv−40105−FDS**

| | |
|---|---|
| Fitzsimmons v. Ameriquest Mortgage Company | Date Filed: 04/11/2007 |
| Assigned to: Judge F. Dennis Saylor, IV | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 371 Truth in Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Marion Fitzsimmons**  represented by  **Christopher M. Lefebvre**
PO Box 479
Pawtucket, RI 02862
401−728−6060
Fax: 401−728−6534
Email: court@lefebvrelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**  represented by  **Steven E. Snow**
Partridge, Snow &Hahn
180 South Main Street
Providence, RI 02903
401−861−8200
Fax: 401−861−8210
Email: ses@psh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ameriquest Mortgage Company**  represented by  **Steven E. Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Marion Fitzsimmons**  represented by  **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2007 | 1 | COMPLAINT against Ameriquest Mortgage Company filed by Marion Fitzsimmons. (Attachments: # 1 civil cover sheets)(Jones, Sherry) (Entered: 04/11/2007) |
| 04/11/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge F. Dennis Saylor, IV assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Hillman. (Jones, Sherry) (Entered: 04/11/2007) |
| 04/11/2007 | | Filing fee: $ 350.00, receipt number 405061 for 1 Complaint. (Jones, Sherry) (Entered: 04/11/2007) |
| 04/11/2007 | | Summons Issued as to Ameriquest Mortgage Company. (Jones, Sherry) (Entered: 04/11/2007) |
| 05/08/2007 | 2 | Assented to MOTION for Extension of Time to 06/22/07 to File Answer re 1 Complaint by Ameriquest Mortgage Company.(Snow, Steven) (Entered: 05/08/2007) |
| 05/09/2007 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 2 Motion for Extension of Time to Answer. Ameriquest Mortgage Company answer due 6/22/2007. (Castles, Martin) (Entered: 05/09/2007) |
| 05/23/2007 | 3 | Copy of MDL Conditional Transfer Order number 21 in MDL Case 1715 received from the MDL Panel. (Jones, Sherry) (Entered: 05/23/2007) |
| 05/31/2007 | 4 | ANSWER to Complaint, COUNTERCLAIM against Marion Fitzsimmons by Ameriquest Mortgage Company.(Snow, Steven) (Entered: 05/31/2007) |
| 06/04/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Ameriquest Mortgage Company. (Snow, Steven) (Entered: 06/04/2007) |
| 11/19/2007 | 6 | Certified copy received via email of MDL Conditional Transfer Order number 21 in MDL Case 1715 received from the Northern District of Illinois requesting transfer of case for consolidated pretrial proceedings. (Attachments: # 1 certified mdl transfer order) (Jones, Sherry) (Entered: 11/19/2007) |