AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

MARION FITZSIMMONS,

V.

AMERIQUEST MORTGAGE CO.,
AMC MORTGAGE SERVICES, INC.,
AMERIQUEST MORTGAGE SECURITIES,
(HOUSEHOLD FINANCE) HSBC MORTGAGE SERVICES, INC.
and DOES 1-5

CASE NUMBER: CV 07-06239, under MDL #1715

ASSIGNED JUDGE: Judge Marvin E. Aspen

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

HSBC MORTGAGE SERVICES, INC.
c/o CT Corporation System, 101 Federal St., Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Lafebvre
P.O. Box 479
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



May 22, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ amended & exhibits | June 6, 2008   3:00PM |
| NAME OF SERVER (PRINT)<br>Michael B. Fixman | TITLE<br>Process Server, A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand to Gail Brown, process clerk for CT Corporation System and agent authorized to accept service on behalf of HSBC Mortgage Services, Inc. Served at 155 Federal St, Suite 700, Boston, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 6, 2008
                   Date

Signature of Server
72 Hancock St, Everett, MA

*Address of Server*

ALBERT F. PALLADINO, Notary Public
My Commission Expires June 23, 2011

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.